**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E PINTOS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PACIFIC CREDITORS, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C-03-5471 CW (JCS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL EXPERIAN TO ANSWER PLAINTIFF'S INTERROGATORIES, RESPOND TO PLAINTIFF'S DOCUMENT DEMANDS, TO PRODUCE ALL RESPONSIVE DOCUMENTS, AND PRODUCE 30(b)(6) WITNESS(ES) [Docket No. 39]** |

　　　　On July 30, 2004, Plaintiff filed a Motion to Compel Experian to Answer Plaintiff's Interrogatories, To Respond to Plaintiff's Document Demand, and To Produce all Responsive Documents, and to Designate and Produce Rule 30(b)(6) Witness(es) for Deposition on August 26, 2004 (the "Motion").

　　　　At the hearing on August 20, 2004, the parties were ordered to meet-and-confer to resolve the Motion.  Andrew J. Ogilvie appeared for Plaintiff.  Adam Sand appeared for Defendant Experian.  At the conclusion of the meet-and-confer, the parties recited on the record what shall be produced.    IT IS HEREBY ORDERED that all of the documents, responses to interrogatories, and additional information identified on the record shall be produced before **9:30 a.m., on August 25, 2004.**  The deposition location of the Defendant's 30(b)(6) witness shall be held in San Francisco, California.

　　　　IT IS SO ORDERED.

Dated: August 24, 2004

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge