| | |
|---|---|
| 1 | Adam R. Sand (State Bar No. 217712) |
| | JONES DAY |
| 2 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 3 | Telephone:    (415) 626-3939 |
| | Facsimile:     (415) 875-5700 |
| 4 | |
| | Attorneys for Defendant |
| 5 | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA E. PINTOS,** | **Case No.** C 03 5471 CW |
| **Plaintiff,** | |
| v. | EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |
| **PACIFIC CREDITORS ASSOCIATION, AND EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

To all parties and their attorneys of record:

PLEASE TAKE NOTICE that defendant Experian Information Solutions, Inc. hereby moves for leave to move for reconsideration under Local Rule 7-9 with respect to this Court's order of November 9, 2004 denying Experian's request that the Court file under seal documents filed by Plaintiff on the ground that the Court failed to consider material facts and dispositive legal arguments in denying the motion. *See* Local Rule 7-9(b)(3). The proposed Motion for Reconsideration is attached.

Experian seeks leave to move for reconsideration because the Court's November 9, 2004 Order states only that "Experian's request that the Court file under seal documents filed by

SFI-517450v1

1

1  Plaintiff in support of her cross-motion and in opposition to Defendants' motions is DENIED."
2  In denying Experian's request, the Court failed to consider the facts and legal arguments from
3  Experian's Administrative Request to Protect Documents, filed October 29, 2004, Experian's
4  Reply to Plaintiff's Opposition, filed November 4, 2004 and the accompanying Declarations.
5  Because of this failure, the Court should grant leave to Experian to move for reconsideration.
6     Pursuant to Local Rule 7-9(a), the motion for leave to move for reconsideration is not
7  noticed for hearing.

Dated: November 22, 2004                          JONES DAY


                                                  By:/s/
                                                     Adam R. Sand

                                                  Attorneys for Defendant
                                                  EXPERIAN INFORMATION SOLUTIONS,
                                                  INC.

SFI-517450v1