

**INVOICE**

## WERNER J. EBSTEIN & ASSOCIATES
582 MARKET STREET SUITE 1505
SAN FRANCISCO, CA 94104
(415) 397-5268
TIN 94-1726793

Attn: Mr. Adam R. Sand, Esq.
Jones, Day Law Offices
555 California Street, 26th Floor
San Francisco, CA 94104-1500

July 27, 2004

IN PAYING PLEASE REFER TO INVOICE NO.   E26518

**FOR REPORTING SERVICES RENDERED**

Maria Pintos vs. PCA, et al.

Deposition of: George A. Long
Taken July 21, 2004

| | | |
|---|---|---|
| One Copy | $ | 530.00 |
| Exhibits | | 13.50 |
| Disk (No Charge) | | - - |
| Condensed Transcript | | 42.40 |
| Notary Fees | | 2.00 |
| Handling | | 8.50 |
| Delivery (sent 7/23/04) | | 6.50 |
| **TOTAL** | **$** | **602.90** |

---

CLIENT MATTER # 026123020159   JP# 005367

GL ACCOUNT # _____   GROUP _____

DESCRIPTION/ATTENDEES
Depo transcript for George Long

APPROVAL _____   DATE 8/9/04

ACCOUNTING USE: VENDOR # _____   BATCH # _____



## WERNER J. EBSTEIN & ASSOCIATES
582 MARKET STREET SUITE 1505
SAN FRANCISCO, CA 94104
(415) 397-5268
TIN 94-1726793

Attn: Mr. Adam R. Sand, Esq.　　　　　　　　　　　September 10, 2004
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

**IN PAYING PLEASE REFER TO INVOICE NO.** E26572

**FOR REPORTING SERVICES RENDERED:**

Maria Pintos vs. PCA, Experian, et al.

Deposition of: Kathleen M. Centanni
Taken August 26, 2004

| | | |
|---|---|---:|
| One Copy | | $ 285.75 |
| Exhibits | | 21.60 |
| Disk | (No Charge) | - - |
| Condensed Transcript | | 25.40 |
| Notary Fees | | 2.00 |
| Handling | | 8.50 |
| Delivery (sent 9/7/04) | | 6.50 |
| **TOTAL** | | **$ 349.75** |

CLIENT MATTER # 026123020159   JP# 005867
GL ACCOUNT # _____ GROUP _____
DESCRIPTION/ATTENDEES Depo transcript
for Kathleen Centanni Aug 26, 04

APPROVAL [signature]  DATE 9/10/04
ACCOUNTING USE: VENDOR # _____ BATCH# _____

# ROOMIAN & ASSOCIATES

564 Market Street, Suite 609
San Francisco, California 94104
(415) 362-5920

Federal I.D. No. 94-3315605

INVOICE TO:

TERMS: NET 30 DAYS FROM DATE OF INVOICE
A SERVICE CHARGE OF 1½% PER MONTH WILL BE APPLIED TO ALL PAST-DUE BALANCES

JONES DAY
555 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CA 94104

ADAM R. SAND

Pintos vs. Pacific Creditors 7-20-04
Maria Pintos

INVOICE NO.: 7347
INVOICE DATE: 8/04/2004
REPORTER: Lisa Graham

ID# 94-3315605

| Date | Description | Amount |
|---|---|---|
| 7/20/2004 | Deposition of Maria Pintos | |
| | One Copy of Transcript, 192 pgs. | 441.60 |
| | E-mail of Rough Transcript | 186.00 |
| | Condensed Transcript & ASCII Disk | 35.00 |
| | Exhibits | 5.75 |
| | Postage & Handling | 10.00 |
| | **Sub Total** | 678.35 |
| | **Paid** | 0.00 |
| | **Balance Due** | 678.35 |

Thank you for using Roomian & Associates!

| Date 1 | Date 2 | Code | Description | | Amount | Rate | | Charge | Type | Period |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2004 | 04/07/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 416.00 | 0.20 | | 83.20 | Duplication charges | |
| | | | Invoice=31114555 | | 416.00 | 0.20 | | 83.20 | 02/20/04 - 02/26/04 | |
| 03/11/2004 | 05/28/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 6.00 | 0.20 | | 1.20 | Duplication charges | |
| | | | Invoice=31146454 | | 6.00 | 0.20 | | 1.20 | 03/05/04 - 03/11/04 | |
| 03/18/2004 | 05/28/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 12.00 | 0.20 | | 2.40 | Duplication charges | |
| | | | Invoice=31146454 | | 12.00 | 0.20 | | 2.40 | 03/12/04 - 03/18/04 | |
| 03/18/2004 | 05/28/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 200.00 | 0.20 | | 40.00 | Duplication charges | |
| | | | Invoice=31146454 | | 200.00 | 0.20 | | 40.00 | 03/12/04 - 03/18/04 | |
| 03/25/2004 | 05/28/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 18.00 | 0.20 | | 3.60 | Duplication charges | |
| | | | Invoice=31146454 | | 18.00 | 0.20 | | 3.60 | 03/19/04 - 03/25/04 | |
| 04/01/2004 | 06/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 380.00 | 0.20 | | 76.00 | Duplication charges | |
| | | | Invoice=31161943 | | 380.00 | 0.20 | | 76.00 | 03/26/04 - 04/01/04 | |
| 04/01/2004 | 06/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 26.00 | 0.20 | | 5.20 | Duplication charges | |
| | | | Invoice=31161943 | | 26.00 | 0.20 | | 5.20 | 03/26/04 - 04/01/04 | |
| 04/08/2004 | 06/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 18.00 | 0.20 | | 3.60 | Duplication charges | |
| | | | Invoice=31161943 | | 18.00 | 0.20 | | 3.60 | 04/02/04 - 04/08/04 | |
| 04/15/2004 | 06/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 5.00 | 0.20 | | 1.00 | Duplication charges | |
| | | | Invoice=31161943 | | 5.00 | 0.20 | | 1.00 | 04/09/04 - 04/15/04 | |
| 04/22/2004 | 06/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 35.00 | 0.20 | | 7.00 | Duplication charges | |
| | | | Invoice=31161943 | | 35.00 | 0.20 | | 7.00 | 04/16/04 - 04/22/04 | |
| 04/29/2004 | 06/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 6.00 | 0.20 | | 1.20 | Duplication charges | |
| | | | Invoice=31161943 | | 6.00 | 0.20 | | 1.20 | 04/23/04 - 04/29/04 | |
| 05/06/2004 | 07/31/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 5.00 | 0.20 | | 1.00 | Duplication charges | |
| | | | Invoice=31180686 | | 5.00 | 0.20 | | 1.00 | 04/30/04 - 05/06/04 | |
| 05/13/2004 | 07/31/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 87.00 | 0.20 | | 17.40 | Duplication charges | |
| | | | Invoice=31180686 | | 87.00 | 0.20 | | 17.40 | 05/07/04 - 05/13/04 | |
| 05/27/2004 | 07/31/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 133.00 | 0.20 | | 26.60 | Duplication charges | |
| | | | Invoice=31180686 | | 133.00 | 0.20 | | 26.60 | 05/21/04 - 05/27/04 | |
| 06/03/2004 | 09/14/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 51.00 | 0.20 | | 10.20 | Duplication charges | |
| | | | Invoice=31201077 | | 51.00 | 0.20 | | 10.20 | 05/28/04 - 06/03/04 | |
| 06/03/2004 | 09/14/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 93.00 | 0.20 | | 18.60 | Duplication charges | |
| | | | Invoice=31201077 | | 93.00 | 0.20 | | 18.60 | 05/28/04 - 06/03/04 | |
| 06/10/2004 | 09/14/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 38.00 | 0.20 | | 7.60 | Duplication charges | |
| | | | Invoice=31201077 | | 38.00 | 0.20 | | 7.60 | 06/04/04 - 06/10/04 | |
| 06/24/2004 | 09/14/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 79.00 | 0.20 | | 15.80 | Duplication charges | |
| | | | Invoice=31201077 | | 79.00 | 0.20 | | 15.80 | 06/18/04 - 06/24/04 | |
| 07/01/2004 | 10/22/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 128.00 | 0.20 | | 25.60 | Duplication charges | |
| | | | Invoice=31220053 | | 128.00 | 0.20 | | 25.60 | 06/25/04 - 07/01/04 | |
| 07/01/2004 | 10/22/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 252.00 | 0.20 | | 50.40 | Duplication charges | |
| | | | Invoice=31220053 | | 252.00 | 0.20 | | 50.40 | 06/25/04 - 07/01/04 | |
| 07/08/2004 | 10/22/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 14.00 | 0.20 | | 2.80 | Duplication charges | |
| | | | Invoice=31220053 | | 14.00 | 0.20 | | 2.80 | 07/02/04 - 07/08/04 | |
| 07/15/2004 | 10/22/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 2.00 | 0.20 | | 0.40 | Duplication charges | |
| | | | Invoice=31220053 | | 2.00 | 0.20 | | 0.40 | 07/09/04 - 07/15/04 | |
| 07/15/2004 | 10/22/2004 | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 3.00 | 0.20 | | 0.60 | Duplication charges | |
| | | | Invoice=31220053 | | 3.00 | 0.20 | | 0.60 | 07/09/04 - 07/15/04 | |
| 07/22/2004 | | JP004404 | SAN FRANCISCO ACCOUNT | RDUP | 34.00 | | | | | |

| Date | Code | Description | Qty | Rate | Amount | Type | Period |
|---|---|---|---|---|---|---|---|
| 10/22/2004 | | Invoice=31220053 | 34.00 | 0.20 | 6.80 | | 07/16/04 - 07/22/04 |
| 07/22/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 6.00 | 0.20 | 1.20 | Duplication charges | |
| 10/22/2004 | | Invoice=31220053 | 6.00 | 0.20 | 1.20 | | 07/16/04 - 07/22/04 |
| 07/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 277.00 | 0.20 | 55.40 | Duplication charges | |
| 10/22/2004 | | Invoice=31220053 | 277.00 | 0.20 | 55.40 | | 07/23/04 - 07/29/04 |
| 07/29/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 228.00 | 0.20 | 45.60 | Duplication charges | |
| 10/22/2004 | | Invoice=31220053 | 228.00 | 0.20 | 45.60 | | 07/23/04 - 07/29/04 |
| 08/05/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 234.00 | 0.20 | 46.80 | Duplication charges | |
| 10/31/2004 | | Invoice=31226672 | 234.00 | 0.20 | 46.80 | | 08/02/04 - 08/05/04 |
| 08/12/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 129.00 | 0.20 | 25.80 | Duplication charges | |
| 10/31/2004 | | Invoice=31226672 | 129.00 | 0.20 | 25.80 | | 08/06/04 - 08/12/04 |
| 08/12/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 267.00 | 0.20 | 53.40 | Duplication charges | |
| 10/31/2004 | | Invoice=31226672 | 267.00 | 0.20 | 53.40 | | 08/06/04 - 08/12/04 |
| 08/19/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 38.00 | 0.20 | 7.60 | Duplication charges | |
| 10/31/2004 | | Invoice=31226672 | 38.00 | 0.20 | 7.60 | | 08/13/04 - 08/19/04 |
| 08/26/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 109.00 | 0.20 | 21.80 | Duplication charges | |
| 10/31/2004 | | Invoice=31226672 | 109.00 | 0.20 | 21.80 | | 08/20/04 - 08/26/04 |
| 08/26/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 57.00 | 0.20 | 11.40 | Duplication charges | |
| 10/31/2004 | | Invoice=31226672 | 57.00 | 0.20 | 11.40 | | 08/20/04 - 08/26/04 |
| 09/02/2004 | JP004404 | SAN FRANCISCO ACCOUNT RDUP | 2.00 | 0.20 | 0.40 | Duplication charges | |
| | | | | | | | 08/27/04 - 09/02/04 |
| | | UNBILLED TOTALS: WORK | | | 0.40 | 1 records | |
| | | UNBILLED TOTALS: BILL: | | | 0.40 | | |
| | | BILLED TOTALS: WORK: | | | 677.20 | 33 records | |
| | | BILLED TOTALS: BILL: | | | 677.20 | | |
| | | GRAND TOTAL: WORK: | | | 677.60 | 34 records | |
| | | GRAND TOTAL: BILL: | | | 677.60 | | |

| Date | ID | Name | Type | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 03/07/2004 | JP002386 | COURTNEY VAUDREUIL | EIDUP | 1.00 | 0.40 | | 0.40 | Duplication charges 2/19/04. |
| 05/28/2004 | | Invoice=31146454 | | 1.00 | 0.40 | | 0.40 | |
| 04/30/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | 0.60 | | 0.60 | Duplication charges 4/21/04. |
| 06/29/2004 | | Invoice=31161943 | | 1.00 | 0.60 | | 0.60 | |
| 05/12/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | 2.80 | | 2.80 | Duplication charges 04/27 - 04/28/04. |
| 07/31/2004 | | Invoice=31180686 | | 1.00 | 2.80 | | 2.80 | |
| 06/07/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | 1.00 | | 1.00 | Duplication charges expense, for week ending |
| 09/14/2004 | | Invoice=31201077 | | 1.00 | 1.00 | | 1.00 | 05/30/04 |
| 06/07/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | 9.70 | | 9.70 | Duplication charges expense, for week ending |
| 09/14/2004 | | Invoice=31201077 | | 1.00 | 9.70 | | 9.70 | 05/30/04, 05/24-27/04 |
| 06/30/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | 1.00 | | 1.00 | Duplication charges 05/10-11/04. |
| 09/14/2004 | | Invoice=31201077 | | 1.00 | 1.00 | | 1.00 | |
| 07/21/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | -1.00 | | -1.00 | Duplication charges, for week ending 5/30/04 |
| 10/22/2004 | | Invoice=31220063 | | 1.00 | -1.00 | | -1.00 | (entered twice in error) |
| 08/16/2004 | JP006283 | DEANNA JOHNSTON | EIDUP | 1.00 | 1.80 | | 1.80 | Duplication charges 04/01, 05/04. |
| 10/31/2004 | | Invoice=31228672 | | 1.00 | 1.80 | | 1.80 | |
| 08/31/2004 | JP005867 | ADAM SAND | EIDUP | 1.00 | 1.80 | | 1.80 | Duplication charges 08/16/04. |
| 10/31/2004 | | Invoice=31228672 | | 1.00 | 1.80 | | 1.80 | |
| | | BILLED TOTALS: WORK: | | | | | 18.10 | 9 records |
| | | BILLED TOTALS: BILL: | | | | | 18.10 | |
| | | GRAND TOTAL: WORK: | | | | | 18.10 | 9 records |
| | | GRAND TOTAL: BILL: | | | | | 18.10 | |