Adam R. Sand
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. PINTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC CREDITORS ASSOCIATION, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. C 03 5471 CW<br><br>NOTICE OF APPEAL, REPRESENTATION STATEMENT |

SFI-518155v1

1

1       NOTICE IS HEREBY GIVEN that defendant Experian Information Solutions, Inc.
2 ("Experian") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the
3 order entered by the District Court in this action on November 9, 2004, which order denied
4 Experian's Miscellaneous Administrative Request to Seal Confidential Material and from the
5 judgment enter by the District Court on November 9, 2004 to the extent it incorporates the order
6 denying Experian's request to seal confidential documents.

Dated: December 9, 2004

JONES DAY

By: *[signature]*
Adam R. Sand

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

SFI-518155v1

2

## ATTACHMENT A

## REPRESENTATION STATEMENT

**Counsel for Defendant Experian Information Solutions, Inc.:**

    Adam R. Sand, Esq.
    Jones Day
    555 California Street
    26th Floor
    San Francisco, California 94104

    Telephone:   (415) 626-3939

**Counsel for Defendant Pacific Creditors Association:**

    Mark E. Ellis, Esq.
    Jeanine K. Clasen, Esq.
    Murphy, Pearson, Bradley & Feeney
    701 University Avenue, Suite 105
    Sacramento, CA  95825

    Telephone:   (916) 565-0300

**Counsel for Plaintiff Maria E. Pintos:**

    Andrew J. Ogilvie, Esq.
    Carol McLean Brewer, Esq.
    Kemnitzer, Anderson, Barron & Ogilvie LLP
    445 Bush St., 6th Floor
    San Francisco, CA 94108

    Telephone:   (415) 861-2265

SFI-518155v1

3

PROOF OF SERVICE

USDC (OAKLAND) Case No. C 03 5471 CW

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On December 9, 2004, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s): NOTICE OF APPEAL

in a sealed envelope, postage fully paid, addressed as follows:

Andrew J. Ogilvie, Esq.
Carol McLean Brewer, Esq.
Kemnitzer, Anderson, Barron &
Ogilvie LLP
445 Bush St., 6th Floor
San Francisco, CA 94108
415-861-2265
415-861-3151 (fax)
Attorneys for Plaintiff

Jeanine K. Clasen, Esq.
Murphy, Pearson, Bradley & Feeney
701 University Avenue, Suite 105
Sacramento, CA 95825
Attorney for Pacific Creditors

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2004, at San Francisco, California.

_____
Margaret Landsborough

SFI-515088v2

Proof of Service
C03 5471 CW