1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MARIA E. PINTOS,                              No. C 03-5471 CW

11          Plaintiff,                             ORDER SETTING
                                                   BRIEFING SCHEDULE
12      v.

13   PACIFIC CREDITORS ASSOCIATION and
     EXPERIAN INFORMATION SOLUTIONS, INC.,
14

15          Defendants.

16   _____/

17

18          In light of the ruling by the Ninth Circuit, Defendants

19   Pacific Creditors Association and Experian Information Solutions,

20   Inc., shall file a brief requesting a decision on any part of their

21   previous motions for summary judgment on which this Court did not

22   rule.  The brief shall also contain any supplemental citations or

23   issues necessary for their summary judgment motions, a list of

24   remaining matters for which a trial is required and a proposed case

25   management schedule.  Defendants' brief, which should be filed

26   jointly if possible, shall be due within twenty-one days of the

27   date of this Order.  Plaintiff Maria E. Pintos shall respond

28   fourteen days thereafter, and Defendants' reply, if any, shall be

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1  due seven days after that.  The matter will be taken under

2  submission on the papers, unless the Court sets a hearing.

3       A case management conference, if necessary, will be set after

4  the parties' briefing is complete.

5       IT IS SO ORDERED.

6

7  Dated: June 14, 2010

_____
CLAUDIA WILKEN
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2