Daniel J. McLoon #109598
djmcloon@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Michael T. Scott #255282
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA E. PINTOS,<br><br>            Plaintiff,<br><br>     v.<br><br>PACIFIC CREDITORS ASSOCIATION;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.,<br><br>            Defendants. | Case No. CV-03-05471-CW<br><br>**ORDER GRANTING EXPERIAN'S UNOPPOSED MOTION TO STAY OR, ALTERNATIVELY, TO EXTEND BRIEFING SCHEDULE** |

Having considered Experian Information Solutions, Inc.'s Unopposed Motion to Stay or, Alternatively, to Extend Briefing Schedule, and the declaration of Daniel J. McLoon in support of that motion, and having determined that good cause exists to stay further proceedings in this matter pending Experian's anticipated petition for a writ of certiorari and/or other relief to the Supreme Court of the United States, IT IS HEREBY ORDERED THAT Experian's Motion to Stay is GRANTED.  The Defendants' briefing anticipated by the Court's June 14, 2010 order

___

1 shall be due 21 days after final action of the Supreme Court on Experian's petition, absent further
2 order of the Court by application of a party due to scheduling conflicts.  Plaintiff Maria E. Pintos
3 shall respond fourteen days thereafter, and Defendants' reply, if any shall be due seven days after
4 that.

5 **IT IS SO ORDERED.**

6 Dated: _____, 2010

7                                         Claudia Wilken

8                                         United States District Judge

11      Having considered Experian Information Solutions, Inc.'s Unopposed Motion to Stay or,
12 Alternatively, to Extend Briefing Schedule, and the declaration of Daniel J. McLoon in support of
13 that motion, and having determined that good cause exists to extend the deadlines for briefing set
14 in the Court's June 14, 2010 Order, IT IS HEREBY ORDERED THAT Experian's Motion to
15 Extend Briefing Schedule is GRANTED.  Defendants' brief shall be due on October 11, 2010.
16 Plaintiff Maria E. Pintos shall respond fourteen days thereafter, and Defendants' reply, if any
17 shall be due seven days after that.

19 **IT IS SO ORDERED.**

20 Dated:  June 24, 2010                          */s/ Claudia Wilken*

21                                         Claudia Wilken

22                                         United States District Judge

SFI-644399v1