1 | Daniel J. McLoon #109598
djmcloon@jonesday.com
2 | JONES DAY
555 South Flower Street, 50th Floor
3 | Los Angeles, CA 90071-2300
Telephone:    (213) 489-3939
4 | Facsimile:    (213) 243-2539

5 | Michael T. Scott #255282
michaelscott@jonesday.com
6 | JONES DAY
555 California Street, 26th Floor
7 | San Francisco, CA  94104
Telephone:    (415) 626-3939
8 | Facsimile:    (415) 875-5700

9 | Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.
10

11 | UNITED STATES DISTRICT COURT
12 | NORTHERN DISTRICT OF CALIFORNIA
13 | SAN FRANCISCO DIVISION
14

15 | MARIA E. PINTOS,                              Case No. CV-03-05471-CW
16 |                 Plaintiff,
17 |        v.                                    **ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE**
18 | PACIFIC CREDITORS ASSOCIATION;
EXPERIAN INFORMATION SOLUTIONS,
19 | INC.,
20 |                 Defendants.
21

22

23 |        //
24 |        //
25 |        //
26 |        //
27 |        //
28 |        //

[Proposed] Order Granting Stip. Request
to Extend Briefing Schedule
CV-03-05471-CW

1  Having considered the parties Stipulated Request to Extend Briefing Schedule, and the
2  declaration of Daniel J. McLoon in support of that motion, and having determined that good
3  cause exists to extend the deadlines for briefing set in the Court's June 24, 2010 Order, IT IS
4  HEREBY ORDERED THAT the parties Stipulated Request to Extend Briefing Schedule is
5  GRANTED.  Defendants' brief shall be due on January 24, 2011.  Plaintiff Maria E. Pintos shall
6  respond fourteen days thereafter, and Defendants' reply, if any shall be due seven days after that.
7  The motion and case management conference will be heard on march 3, 2011 at 2 p.m.

**IT IS SO ORDERED.**

Dated: __October 7_____, 2010

Claudia Wilken
United States District Judge

SFI-644399v1

[Proposed] Order Granting Stip. Request
to Extend Briefing Schedule
- 2 -                                                CV-03-05471-CW