1 | Daniel J. McLoon #109598
djmcloon@jonesday.com
2 | JONES DAY
555 South Flower Street, 50th Floor
3 | Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
4 | Facsimile: (213) 243-2539

5 | Michael T. Scott #255282
michaelscott@jonesday.com
6 | JONES DAY
555 California Street, 26th Floor
7 | San Francisco, CA 94104
Telephone: (415) 626-3939
8 | Facsimile: (415) 875-5700

9 | Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.
10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | MARIA E. PINTOS, | **Case No. CV-03-05471-CW**

16 | Plaintiff,

17 | v. | **ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

18 | PACIFIC CREDITORS ASSOCIATION;
EXPERIAN INFORMATION SOLUTIONS,
19 | INC.,

20 | Defendants.

21

22

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

[Proposed] Order Granting Stip. Request
to Extend Briefing Schedule
CV-03-05471-CW

1  Having considered Experian Information Solutions, Inc.'s Unopposed Motion to Extend
2  Briefing Schedule, and the declaration of Daniel J. McLoon in support of that motion, and having
3  determined that good cause exists to extend the deadlines for briefing set in the Court's October
4  7, 2010 Order, IT IS HEREBY ORDERED THAT the Experian's Unopposed Motion to Extend
5  Briefing Schedule is GRANTED.  Defendants' brief shall be due on February 24, 2011.  Plaintiff
6  Maria E. Pintos shall respond fourteen days thereafter, and Defendants' reply, if any shall be due
7  seven days after that.   The hearing and case management conference currently scheduled for
8  March 3, 2011 is continued to **March 31**, 2011.

**IT IS SO ORDERED.**

Dated: January 19, 2011

_(signature)_

Claudia Wilken

United States District Judge

SFI-659343v1

[Proposed] Order Granting Stip. Request
to Extend Briefing Schedule
- 2 -   CV-03-05471-CW