ANDREW J. OGILVIE        (SBN 057932)
ANDERSON, OGILVIE & BREWER, LLP
600 California Street, 18th Floor
San Francisco, CA 94108
Tel:    (415) 651-1952
Fax:    (415) 956-3233
andy@aoblawyers.com

Attorney for Plaintiff, Maria Pintos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MARIA E. PINTOS, | Case No. C 03 5471 CW (JCS) |
|---|---|
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| PACIFIC CREDITORS ASSOCIATION and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Based on the parties' stipulation and for good cause shown, plaintiff Maria E. Pintos's claims against defendant Experian Information Solutions, Inc. in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: August 2, 2011

_____
Claudia Wilken
Judge of the U.S. District Court