IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. PINTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC CREDITORS ASSOCIATION and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants._____/ | No. C 03-5471 CW<br><br>ORDER <u>SUA SPONTE</u><br>STRIKING PLAINTIFF'S<br>MOTIONS TO STRIKE<br>EVIDENCE SUBMITTED<br>BY DEFENDANT PACIFIC<br>CREDITORS<br>ASSOCIATION |

    On August 11, 2011, Plaintiff Maria E. Pintos filed four motions to strike, objecting to evidence submitted by Defendant Pacific Creditors Association in support of its cross-motion for summary judgment.  Civil L.R. 7-3(a) requires that any objection to evidence filed in support of a motion be contained within the opposition brief to that motion.  Accordingly, the Court <u>sua sponte</u> STRIKES Docket Nos. 155-158.

    IT IS SO ORDERED.

Dated: 8/12/2011

                                    CLAUDIA WILKEN
                                    United States District Judge