IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. PINTOS, | No. C 03-5471 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER STRIKING MOTION TO STRIKE DEFENDANT PACIFIC CREDITORS ASSOCIATION'S EXPERT DISCLOSURE (Docket No. 161) |
| v. | |
| PACIFIC CREDITORS ASSOCIATION and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

On August 12, 2011, the Court sua sponte struck four motions to strike filed by Plaintiff Maria E. Pintos on August 11, 2011. Plaintiff now asks the Court to reconsider its Order with respect to her Motion to Strike Defendant Pacific Creditors Association's Expert Witness Disclosure (Docket No. 158).

The Court GRANTS Plaintiff's motion. Defendant Pacific Creditors Association shall respond to Plaintiff's Motion to Strike by August 24, 2011. Plaintiff's reply, if necessary, shall be due August 26, 2011. The motion will be heard on September 1, 2011 at 2:00 p.m., along with the parties' cross-motions for summary judgment.

IT IS SO ORDERED.

Dated: 8/19/2011

CLAUDIA WILKEN
United States District Judge