IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. PINTOS,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC CREDITORS ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 03-5471 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR AN ORDER REQURING DEFENDANT AND DEFENDANT'S INSURER TO APPEAR (Docket No. 175) |

    On September 27, 2011, upon having been advised that the parties had agreed to a settlement, the Court entered a conditional order of dismissal of this cause. In that order, the Court stated that if any party certified to the Court, with proof of service upon the opposing counsel, within ninety days, that the agreed consideration for the settlement had not been delivered, the order would be vacated and the cause restored to the calendar to be set for trial.

    On November 18, 2011, Plaintiff Maria E. Pintos certified to the Court that she had not yet received the settlement amount and that it had been represented to her that Defendant Pacific Creditors Association's insurer, Travelers, would issue and mail payment for the settlement amount by the week of November 7-11, 2011. Plaintiff requested that the Court issue an order requiring Defendant and Travelers to appear and explain why the settlement amount had not yet been paid.

    The Court GRANTS Plaintiff's request in part. (Docket No. 175) Defendant shall file a response within twenty-four hours of

the filing of this order, explaining the delay and stating when payment will be received or confirming that Plaintiff has received payment already. The Court shall set this matter for a hearing if Defendant's response is not satisfactory.

IT IS SO ORDERED.

Dated: 12/5/2011

CLAUDIA WILKEN
United States District Judge