IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. PINTOS,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC CREDITORS ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. C 03-5471 CW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR AN ORDER REQURING DEFENDANT AND DEFENDANT'S INSURER TO APPEAR (Docket No. 175) |

On September 27, 2011, upon having been advised that the parties had agreed to a settlement, the Court entered a conditional order of dismissal of this cause. In that order, the Court stated that if any party certified to the Court, with proof of service upon the opposing counsel, within ninety days, that the agreed consideration for the settlement had not been delivered, the order would be vacated and the cause restored to the calendar to be set for trial.

On November 18, 2011, Plaintiff Maria E. Pintos certified to the Court that she had not yet received the settlement amount and that it had been represented to her that Defendant Pacific Creditors Association's insurer, Travelers, would issue and mail payment for the settlement amount by the week of November 7-11, 2011. Plaintiff requested that the Court issue an order requiring Defendant and Travelers to appear and explain why the settlement amount had not yet been paid.

On December 5, 2011, the Court issued an order granting Plaintiff's request in part and requiring Defendant to file a response within twenty-four hours, explaining the delay and

stating when payment will be received or confirming that Plaintiff has received payment already. The order further stated that the Court would set the matter for a hearing if Defendant's response was not satisfactory.

On December 5, 2011, Defendant filed a response, stating that Plaintiff received the settlement payment on December 2, 2011. Defendant further stated that it took longer than it expected to get the settlement checks from its insurance company, because the insurance company has gone through significant reorganization since 2003, the time of Plaintiff's claim, and that as a result it took an unexpected amount of time for the insurance company to authorize and process the payment.

Because it appears that the settlement amount has now been paid in full, that Defendant acted in good faith and that the delay was the result of circumstances beyond Defendant's control, the Court declines to set this matter for hearing at this time.

Plaintiff may renew her request within two weeks of the date of this order as either a motion to set aside the conditional order of dismissal or a motion to enforce the settlement agreement if she is able to truthfully provide a further certification to the Court that the agreed consideration for the settlement has not been delivered.

IT IS SO ORDERED.

Dated: 12/6/2011

CLAUDIA WILKEN
United States District Judge

2